# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

KENTRELL HILL
ADC #95734                                                                                                    PLAINTIFF

v.                                       4:08CV00144 JLH/JTR

REYES, Police Officer,
13th Judicial Drug Task Force, et al.                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the Clerk is directed to TRANSFER this case, pursuant to 28 U.S.C. § 1406(a), to the United States District Court for the Western District of Arkansas, El Dorado Division.

Dated this 2nd day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE